958

No. 1285, Misc. CEDILLO v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1286, Misc. McLEAN v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1289, Misc. HALL v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 1290, Misc. JONES v. MISSOURI ET AL. Supreme Court of Missouri. Certiorari denied.

No. 1291, Misc. HAMILTON v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 1293, Misc. MARSHALL v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 1294, Misc. SOTO v. FAY, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 1295, Misc. GERALD v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1297, Misc. WRIGHT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.